IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ROSAN INC.,                              )
                                         )
            Plaintiff,                   )    TC-MD 140221N
                                         )
      v.                                 )
                                         )
MULTNOMAH COUNTY ASSESSOR,               )
                                         )
            Defendant.                   )    **FINAL DECISION OF DISMISSAL**

     This Final Decision incorporates without change the court's Decision entered November 3, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

     This matter is before the court on Plaintiff's request, filed October 23, 2014, to withdraw its Complaint. As of the date of this Decision of Dismissal, Defendant has not responded to Plaintiff's request. Defendant did not assert a counterclaim in its Answer filed May 23, 2014. Having considered Plaintiff's request, the court finds that the case should be dismissed. Now, therefore,

     IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

     Dated this ___ day of November 2014.

 

                                             _____
                                             ALLISON R. BOOMER
                                           MAGISTRATE

*If you want to appeal this final decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the final decision or this final decision cannot be changed.*

FINAL DECISION OF DISMISSAL  TC-MD 140221N                  1

*This document was signed by Magistrate Allison R. Boomer on November 21, 2014. The court filed and entered this document on November 21, 2014.*